UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-60886-RAR

**PAUL SINCLAIR**, on behalf of himself
and all others similarly situated,

    Plaintiff,

v.

**WIRELESS ADVOCATES, LLC**,

    Defendant.
_____/

### ORDER GRANTING JOINT MOTION FOR ORDER CONFIRMING ARBITRATION AWARDS AND DISMISSAL WITH PREJUDICE

This matter is before the Court on the Parties' Joint Motion for Order Confirming Arbitration Awards and Dismissal With Prejudice pursuant to the Federal Arbitration Act, 9 U.S.C. § 9 [ECF No. 117] ("Joint Motion").  Pursuant to the Parties' Joint Motion, and based upon all the files, records, and proceedings herein, it is hereby

**ORDERED AND ADJUDGED** that the Joint Motion is **GRANTED**.  The awards issued by Hon. William L. Downing (Ret.) on March 3, 2022 as outlined in the Order Granting Joint Motion to Approve Settlement submitted for in camera review are **CONFIRMED** in all respects, including but not limited to, the Arbitrator's Order approving the parties' settlement as fair and reasonable, approving the attorneys' fees and costs, requiring that the parties comply with the terms of their Settlement Agreement, and dismissing the arbitration, with prejudice.  The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 14th day of March, 2022.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**